| AO 10 Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2017 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Baum, Redfield T. | U.S. Bankruptcy Court (AZ) | 01/03/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br><br> 5b. ☑ Amended Report | 01/01/2017 to 12/31/2017 |

**7. Chambers or Office Address**

230 North First Ave.
Phoenix, AZ 85003

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee Trust #2 | |
| 2. Director | Arizona State University College of Law Alumni Asssociation |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baum, Redfield T. | 01/03/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baum, Redfield T. | 01/03/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baum, Redfield T. | 01/03/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ATT | E | Dividend | N | T | | | | | |
| 2. Agilent | A | Dividend | J | T | Sold | 11/22/17 | J | A | |
| 3. Abbott | A | Dividend | J | T | Sold | 11/22/17 | J | A | |
| 4. Abbvie | A | Dividend | J | T | Sold | 11/22/17 | J | A | |
| 5. American Cap Fund | A | Dividend | K | T | | | | | |
| 6. American Mutual Fund | A | Dividend | K | T | Buy (add'l) | 11/27/17 | J | A | |
| 7. | | | | | | | | | |
| 8. Berkshire Hathaway | | None | O | T | | | | | |
| 9. Becton Dickinson | A | Dividend | K | T | Sold | 11/22/17 | K | E | |
| 10. Bemis | A | Dividend | J | T | Sold | 11/22/17 | J | A | |
| 11. Bristol Meyers Squibb | A | Dividend | J | T | Sold | 11/22/17 | J | A | |
| 12. Clorox | A | Dividend | K | T | | | | | |
| 13. Comerica | B | Dividend | M | T | | | | | |
| 14. Conoco Phillips | A | Dividend | K | T | | | | | |
| 15. Cognizant | | None | K | T | | | | | |
| 16. Comcast | A | Dividend | L | T | | | | | |
| 17. Citigroup | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baum, Redfield T. | 01/03/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Coke | A | Dividend | K | T | Sold | 11/22/17 | K | D | |
| 19. CapitalWorld Fund | A | Dividend | K | T | Buy (add'l) | 11/27/17 | J | | |
| 20. Emerson Electric | A | Dividend | J | T | Sold | 11/22/17 | J | A | |
| 21. Express Scripts Holding | A | Dividend | J | T | | | | | |
| 22. Fundamental Investors | A | Dividend | J | T | Buy | | J | | |
| 23. EuroPacific Fund | A | Dividend | K | T | Buy (add'l) | 11/27/17 | J | | |
| 24. Frontier Comm. | A | Dividend | J | T | Sold (part) | 7/10/17 | J | A | |
| 25. ExxonMobil | E | Dividend | O | T | | | | | |
| 26. General Electric | E | Dividend | O | T | | | | | |
| 27. Gap | A | Dividend | J | T | | | | | |
| 28. Gartner | | None | J | T | | | | | |
| 29. GrowthFund of America | A | Dividend | K | T | | | | | |
| 30. MicroFocusIntl PLC | A | Dividend | J | T | Spinoff (from line 60) | 9/1/17 | J | | |
| 31. Hospira | A | Dividend | J | T | Sold | 11/22/17 | J | B | |
| 32. Intel | A | Dividend | J | T | Sold | 11/22/17 | J | D | |
| 33. Stifel Nicolaus Insured Bank Program | A | Dividend | K | T | | | | | |
| 34. Invest.Co.Amer.Fund | A | Dividend | K | T | Buy (add'l) | 11/27/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baum, Redfield T. | 01/03/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Johnson & Johnson | C | Dividend | M | T | Sold (part) | 11/22/17 | J | D | |
| 36. J.W.Smucker | A | Dividend | K | T | Sold (part) | 11/22/17 | J | A | |
| 37. Keysight Tech. | A | Dividend | J | T | Sold | 11/22/17 | J | B | |
| 38. Merck | B | Dividend | L | T | Sold (part) | 11/22/17 | J | | |
| 39. NewPerspectFund | A | Dividend | K | T | Buy (add'l) | 11/27/17 | J | | |
| 40. Pfizier | B | Dividend | L | T | Sold (part) | 11/22/17 | J | A | |
| 41. Phillips 66 | A | Dividend | K | T | | | | | |
| 42. Royal Dutch | D | Dividend | M | T | | | | | |
| 43. Proctor Gamble | B | Dividend | K | T | Sold | 11/22/17 | K | E | |
| 44. S.W.Gas | A | Dividend | J | T | | | | | |
| 45. SW Airlines | A | Dividend | J | T | | | | | |
| 46. Sanofi Aventis | A | Dividend | J | T | Sold | 11/22/17 | J | C | |
| 47. SmallCapWorldFund | A | Dividend | K | T | Buy (add'l) | 11/27/17 | J | | |
| 48. Three M Co. | A | Dividend | K | T | | | | | |
| 49. Wash.MutualInvest Fund | A | Dividend | K | T | Buy (add'l) | 11/27/17 | J | | |
| 50. UPS | A | Dividend | J | T | Sold | 11/22/17 | J | C | |
| 51. International Growth & Income | B | Dividend | L | T | Buy (add'l) | 11/27/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baum, Redfield T. | 01/03/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Verizon | D | Dividend | M | T | | | | | |
| 53. VodaphoneGroup | A | Dividend | K | T | | | | | |
| 54. Windstream | A | Dividend | J | T | | | | | |
| 55. Virtus Global Dividend & Investment Fund | A | Dividend | J | T | Sold (part) | 6/30/17 | J | B | |
| 56. Commercial Sales & Leasing X | | None | J | T | Sold | 11/22/17 | J | A | |
| 57. Kinder Morgan | A | Dividend | J | T | | | | | |
| 58. JP Morgan Chase Bank Account | A | Interest | K | T | | | | | |
| 59. HP Inc | A | Dividend | J | T | | | J | | |
| 60. Hewlett Packard Enterprisespin off | A | Dividend | J | T | | | J | | |
| 61. Kansas Southern | A | Dividend | J | T | | | | | |
| 62. CSX | A | Dividend | J | T | Spinoff (from line 60) | 4/7/17 | J | | |
| 63. DXC Techlology Company (Spinoff from Hewlett Packard Enterprises) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baum, Redfield T. | 01/03/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Redfield T. Baum**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544